OPINION # 0-7464                WAS NEVER ISSUED OR

WAS WITHDRAWN.